**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**June 28, 2007**

**Charles R. Fulbruge III**
**Clerk**

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-31149

_____

JOHNNY L. JACKSON,

Plaintiff-Appellant,

versus

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

---

On Appeal from the United States District Court
for the Western District of Louisiana
No. 1:06-CV-00213-DDD

---

Before JONES, Chief Judge, and JOLLY and OWEN, Circuit Judges.

Per Curiam:[*]

Appellant Johnny L. Jackson appeals the decision of the district court, dismissing his appeal and affirming the amount of benefits awarded to him by the Commissioner of Social Security. Jackson presents no legal argument and instead simply urges this court to recalculate his benefits. Because the Commissioner's final decision is supported by substantial evidence and used proper legal standards to evaluate the evidence, see Watson v. Barnhart,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

288 F.3d 212, 215 (5th Cir.2002), the judgment of the district court is **AFFIRMED**.